UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT STROUGO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PHOENIX COMPANIES, INC., JAMES D. WEHR and PETER A. HOFMANN, and MICHAEL E. HANRAHAN<br><br>Defendants. | Case No.: 3:13-cv-00547 (JAM)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

The parties hereby stipulate to the dismissal of this action with prejudice by the undersigned plaintiffs as to Defendants The Phoenix Companies, Inc., James D. Wehr, Peter A. Hofmann, and Michael E. Hanrahan (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, Plaintiff Robert Strougo filed the original complaint in this action on April 17, 2013;

WHEREAS, Travis Snyder was appointed Lead Plaintiff in this action on July 15, 2013 and filed an amended complaint on November 1, 2013;

WHEREAS, a motion to dismiss the amended complaint has been fully briefed but not resolved;

WHEREAS, a hearing on said motion was scheduled for June 2, 2014;

WHEREAS, this action has not been certified as a class action; and

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, the undersigned parties hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice by Plaintiffs Travis Snyder and Robert Strougo as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this action;

2. This dismissal shall not affect or alter the rights, if any, of any absent members of the putative class to pursue claims separate from the above-captioned action, and shall not affect the Defendants' rights or defenses against any such claims;

3. The parties mutually agree not to seek or assert any claim against the other(s) or their counsel for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the above-captioned action was brought or defended in bad faith..

4. This Stipulation shall not be construed against the party preparing it, but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by all undersigned parties that this action be dismissed with prejudice against the undersigned Plaintiffs as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: May 30, 2014　　　　　　　　　　　　Respectfully submitted,

**POMERANTZ LLP**

*/s/  Matthew L. Tuccillo*
Marc I. Gross
Jeremy A. Lieberman
Matthew L. Tuccillo (Bar No. ct28411)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
E-mail:  migross@pomlaw.com
　　　　 jalieberman@pomlaw.com
　　　　 mltuccillo@pomlaw.com

*Lead Counsel and Counsel for Plaintiffs Robert Strougo and Travis Snyder*

**GOLDMAN GRUDER &
   WOODS, LLC**
Henry Elstein
Bruce L. Elstein
105 Technology Drive
Trumbull, CT 06611
Telephone: (203) 880-5333
Fax: (203) 880-5332
E-mail:  helstein@goldgru.com
　　　　 belstein@elstein-law.com

*Liaison Counsel*

**BRONSTEIN GEWIRTZ &
   GROSSMAN LLP**
Peretz Bronstein
60 E. 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Fax: (212) 697-7296

*Other Counsel for Lead Plaintiff*

**DAY PITNEY LLP**

*/s/ Thomas D. Goldberg*
Thomas D. Goldberg (ct04386)
Matthew J. Cooper (ct29113)
One Canterbury Green
Stamford, Connecticut 06901
Telephone: (203) 977-7383
Fax: (203) 977-7301
E-mail: tgoldberg@daypitney.com
          mcooper@daypitney.com

*Of Counsel*

**EDISON, MCDOWELL &
   HETHERINGTON LLP**
Thomas F. A. Hetherington
Hutson B. Smelley
3200 Southwest Freeway
Suite 2100
Houston, Texas 77027
Telephone: (713) 337-5594
Fax: (713) 333-5984
E-mail: tom.hetherington@emhllp.com
          hutson.smelley@emhllp.com

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this, the 30th day of May, 2014, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              */s/ Matthew L. Tuccillo*
                Matthew L. Tuccillo